UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael A. Hammer |
| v. | : Mag. No. 21-10280 |
| IDDRIS IBRAHIM | : |

And now this __17th__ day of __December__, 2021, by way of agreement by and between Counsel for Defendant, David Jay Glassman, Esquire and Counsel for the Government, AUSA Olajide Araromi, the Defendant's existing conditions of pretrial release are hereby modified to include the following:

Defendant is permitted to seek employment within the State of New Jersey; any employment must be verifiable by Pretrial Services and must be stationary. Further, Defendant's employment cannot involve the overseas shipment of vehicles or other goods. Finally, all other conditions of the Defendant's Pretrial Release are to remain in full force and effect.

S/André M. Espinosa
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Form and entry consented to:

David Jay Glassman, Esq.
Counsel for Defendant

/s/ Olajide A. Araromi
Olajide A. Araromi
Assistant U.S. Attorney